CAROLINE L. FOWLER, City Attorney (SBN 110313)
JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404
Telephone:  (707) 543-3040
Facsimile:   (707) 543-3055

Attorneys for Defendants
MARK AZZOUNI, CITY OF SANTA ROSA
and JOHN DOE #1

**DENIED** *
*(signature)* Judge Maxine M. Chesney

* Denied as moot in light of order, filed May 12, 2014, continuing case management conference.          Dated: May 12, 2014

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CUPP,<br><br>             Plaintiff,<br><br>      v.<br><br>MARK AZZOUNI; CITY OF SANTA ROSA; SARA DELANEY; SCOTT BACHMAN; JANE DOE #1; JOHN DOE #1; SUPERIOR COURT FOR THE STATE OF CALIFORNIA, COUNTY OF SONOMA; SUPERIOR COURT FOR THE STATE OF CALIFORNIA, COUNTY OF SONOMA CASE NO. SCR628864; JOHN DOES 2 through 10; and JANE DOES 2 through 10,<br><br>             Defendants.<br>_____/ | Case No. CV 14-1283 MMC<br><br>**ADMINISTRATIVE MOTION RE LEAVE TO FILE SEPARATE CASE MANAGEMENT CONFERENCE STATEMENT**<br>[Local Rules 7-11, 7-12]<br><br>42 U.S.C. § 1983<br><br><br>**[JURY TRIAL DEMANDED]** |

COMES NOW  Defendants MARK AZZOUNI, CITY OF SANTA ROSA and JOHN DOE #1 and move the court for an order re leave to file separate Case Management Conference Statement.

The court has noticed the date of June 20, 2014 at 10:30 a.m. as the date and time of the next case management conference in this case.   A Joint Case Management Conference Statement must be filed no later than 7 days prior to the Conference (Case Management Order dated April 14, 2014 (Doc. 22).   John Fritsch, attorney for MARK AZZOUNI; CITY OF SANTA ROSA; and JOHN DOE #1, purchased tickets for travel

1

1  departing the United States on May 30, 2014 and returning June 13, 2014.

2  Defendants' sought the stipulation of all counsel and *pro se* plaintiff Cupp to file a
3  separate Statement.  Exhibit "A" is a form of Stipulation and [Proposed] Order
4  transmitted to all counsel and *pro se* plaintiff Cupp, and then signed by all counsel.  *Pro*
5  *se* plaintiff Cupp has not responded regarding his intentions.

6  Defendants MARK AZZOUNI, CITY OF SANTA ROSA and JOHN DOE #1
7  respectfully request leave to file a separate Statement.

9  Dated: April 24, 2014                                    OFFICE OF THE CITY ATTORNEY

10                                                                                  /s/
                                                          _____
11                                                         John J. Fritsch
                                                          Assistant City Attorney
12                                                         Attorney for Defendants
                                                          MARK AZZOUNI; CITY OF SANTA
13                                                         ROSA; and JOHN DOE #1

14                                        **~~ORDER~~**

15        ~~GOOD CAUSE APPEARING,~~

16        ~~1.~~     ~~MARK AZZOUNI; CITY OF SANTA ROSA; and JOHN DOE #1 are~~
17                ~~excused from the meet and confer obligation imposed by Case~~
18                ~~Management Conference Order;~~
19        ~~2.~~     ~~MARK AZZOUNI; CITY OF SANTA ROSA; and JOHN DOE #1 are~~
20                ~~granted leave to file a Separate Statement no later than end of business on~~
21                ~~June 17, 2014.~~
22        ~~IT IS SO ORDERED.~~

24  ~~Dated:_____~~                         _____
                                                          ~~MAXINE M. CHESNEY~~
25                                                         ~~United States District Judge~~

28

2