IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD VERNON CUPP, | No. C 14-1283 MMC |
| Plaintiff, | **ORDER RE: BRIEFING SCHEDULE FOR MOTION TO EXTEND TIME** |
| v. | |
| MARK AZZOUNI, et al., | |
| Defendants. | |

Before the Court is plaintiff's "Motion to Extend Time . . . to File First Amended Complaint . . . ," filed May 20, 2014.  The motion is noticed for hearing June 27, 2014, and states a response is due one day prior "[u]nless this court deems [] otherwise."  (See Mot. at 2.)

Pursuant to the Civil Local Rules of this district, a party responding to a motion to change time must, unless otherwise ordered, file such response "no later than 4 days after receiving the motion," see Civil L.R. 7-1(a)(2); 6-3(b), and, unless deemed necessary by the court, no hearing is held, see Civil L.R. 6-3(d).

Accordingly, the June 27, 2014 hearing date is hereby VACATED, and defendants are hereby DIRECTED to file any opposition or other response to the motion no later than

//

//

1
2  May 27, 2014, at which time, absent further order, the matter will stand submitted.
3  **IT IS SO ORDERED.**
4
5  Dated: May 22, 2014
6  
   MAXINE M. CHESNEY
   United States District Judge