

Ronald Cupp
150 Raley Town Center Ste 2512
Rohnert Park, California [94928]
Telephone: (707) 974-4816
Plaintiff In Pro Per

Dated: May 30, 2014

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald Cupp<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>MARK AZZOUNI ET AL<br><br>　　　Defendants. | CASE NO: CV-14-01283(MMC)<br><br>**PLAINTIFF'S MOTION TO EXTEND TIME Fed.Civ.R 6(b)(B), FOR EXCUSABLE NEGLECT FOR TIME TO FILE FIRST AMENDED COMPLAINT TO JUNE 27, 2014**<br><br>Date: June 27, 2014<br>Time: 9:00 am<br>Dept: Courtroom 7<br>Judge: Hon Maxine M. Chesney |

    Comes now, Plaintiff timely to move this honorable court pursuant to Fed.Civ.R. 6(b)(B), Fed.Civ.R.7(b)[1], Plaintiff was to file his First Amended Complaint (FAC) by June 27, 2014 by order of the Court. Plaintiff now will timely file his FAC on June 27, 2014.

    Plaintiff is in a criminal trial in Sonoma County Superior Court Case No: SCR628864 to start May 23, 2014 that will last two-three weeks.

    Attached hereto and incorporated herein by reference is a brief in support of this motion to strike, with a detailed prayer for specific relief request.

---

[1] Rule 6. Computing and Extending Time; Time for Motion Papers
(b) Extending Time.

(B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Page | 1

_____
Ronald Cupp, Plaintiff in Pro Per
150 Raley Town Center Ste 2612
Rohnert Park, California
707-483-7689

## PLAINTIFF'S MOTION TO EXTEND TIME
## NOTICE OF HEARING
Fed.Civ. R.7

Unless this court deems, otherwise this hearing date for said Motion will be set for hearing on Friday, June 27, 2014 at 9 am and a response hereto will be set for (1) day prior to hearing.

_____
Ronald Cupp, Plaintiff Pro Per

## BRIEF IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND TIME

Plaintiff timely brings this motion to extend time to file his First Amended Complaint (FAC) as ordered by the court.

This Motion is timely, not meant to delay nor cause any prejudice or harm to another party.

### ARGUMENT IN LAW

Fed.Civ.R. 6(bF(B)) states:

Computing and Extending Time; Time for Motion Papers; (b) Extending Time; (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Plaintiff is preparing for a criminal trial in Sonoma County Superior Court Case No: SCR628864 to begin readiness on May 23, 2014 and will last two to three weeks.

## PRAYER

Plaintiff respectfully moves this Honorable Court to grant Plaintiff's Motion to Extend time for because of excusable neglect a "matter of law".

May 20, 2014                                      Respectfully Submitted

*Ron Cupp*

Ronald Cupp, Plaintiff in Pro Per