1  RONALD CUPP
2  15 ECHO AVE
   CORTE MADERA, CA 94925
3  PLAINTIFF IN PRO PER



8      UNITED STATES DISTRICT COURT
9      NORTHERN DISTRICT OF CALIFORNIA

11  RONALD CUPP                  | CASE: CV 14-01283 (MMC)
12           PLAINTIFF           |
13                               | PLAINTIFF'S MOTION TO
        VS.                      | EXTEND TIME (FED.CIV.R) 6(b)(B)
14  MARK AZZOUNI ET AL           | FOR EXCUSABLE NEGLECT
15           DEFENDANTS          | FOR TIME TO FILE FIRST AMENDED
                                 | COMPLAINT TO JANUARY 30, 2015
16                               | DATE: JAN 30, 2015
17                               | TIME: 9 AM
                                 | DEPT: COURTROOM 7
18                               | JUDGE: HON MAXINE M. CHESNEY

20  COMES NOW, PLAINTIFF, TIMELY TO MOVE THIS HONORABLE
21  COURT PURSUANT TO FED.CIV.R 6(b)(B), FED.CIV.R 7(b),
22  PLAINTIFF WAS TO FILE HIS FIRST AMENDED COMPLAINT
23  (FAC) BY JUNE 27, 2014, PLAINTIFF WILL NOW TIMELY
24  FILE HIS FAC ON JANUARY 30, 2015.
25      PLAINTIFF WAS REMANDED AND INCARCERATED ON
26  JUNE 4TH, 2014 PURSUANT TO SONOMA COUNTY COURT
27  CASE SCR 628864 AND WAS SENTENCED ON AUGUST
28  8, 2014. PLAINTIFF SHOULD BE RELEASED

SOMETIME IN DECEMBER 2014.

ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE IS A BRIEF IN SUPPORT OF THIS MOTION.

*Ronald Cupp*
PLAINTIFF IN PRO PER
15 ECHO AVE
CORTE MADERA, CA 94925

## PLAINTIFF'S MOTION TO EXTEND TIME
### NOTICE OF HEARING
### FED. CIV. R 7

UNLESS THE COURT DEEMS OTHERWISE, THIS HEARING DATE FOR SAID MOTION WILL BE SET FOR HEARING AND FILING OF FAC ON JANUARY 30, 2015, AT 9AM AND RESPONSE HERETO WILL BE SET (1) DAY PRIOR TO HEARING OR BY COURT LOCAL RULE.

*Ronald Cupp*
PLAINTIFF IN PRO PER

## BRIEF IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND TIME.

PLAINTIFF TIMELY BRINGS THIS MOTION TO EXTEND TIME TO FILE HIS FAC AS ORDERED BY THE COURT.

THIS MOTION IS TIMELY, NOT MEANT TO DELAY NOR CAUSE ANY PREJUDICE OR HARM TO ANOTHER PARTY.

## ARGUMENT IN LAW

FED. CIV. R 6(b)(B) STATES:

Computing and Extending Time; Time for Motion Papers, (b) Extending Time, (B) on Motion made after time has expired if the party failed to act because of excusable neglect.

Plaintiff was remanded and incarcerated on June 4, 2014 and sentenced on August 8, 2014, and is set to be tenatively released in December 2014. Case: SCR 628864 Sonoma Co.

Plaintiff is without: Computer, Internet Access or Access to a Law Library.

## PRAYER

Plaintiff respectfully moves this Honorable Court to grant Plaintiff's Motion to Extend Time because of Excusable Neglect as a "Matter of Law".

August 9, 2014

Ronald Ceyjl
Plaintiff in Pro Per