RONALD CUPP
15 ECHO AVE
CORTE MADERA, CA 94925
PLAINTIFF IN PRO PER

* Denied as moot on the ground plaintiff's case was, for the reasons set forth in the Court's order filed July 18, 2014, dismissed without leave to amend.
Dated: August 27, 2014

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
DENIED*
Maxine M. Chesney
Judge Maxine M. Chesney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CUPP<br>PLAINTIFF<br><br>VS.<br><br>MARK AZZOUNI ET AL<br>DEFENDANTS | CASE: CV 14-01283 (MMC)<br><br>PLAINTIFF'S MOTION TO EXTEND TIME (FED. CIV. R 6(b)(B)) FOR EXCUSABLE NEGLECT FOR TIME TO FILE FIRST AMENDED COMPLAINT TO JANUARY 30, 2015<br>DATE: JAN 30, 2015<br>TIME: 9 AM<br>DEPT: COURTROOM 7<br>JUDGE: HON MAXINE M. CHESNEY |

COMES NOW, PLAINTIFF, TIMELY TO MOVE THIS HONORABLE COURT PURSUANT TO FED. CIV. R 6(b)(B), FED. CIV. R 7(b), PLAINTIFF WAS TO FILE HIS FIRST AMENDED COMPLAINT (FAC) BY JUNE 27, 2014, PLAINTIFF WILL NOW TIMELY FILE HIS FAC ON JANUARY 30, 2015.

PLAINTIFF WAS REMANDED AND INCARCERATED ON JUNE 4TH, 2014 PURSUANT TO SONOMA COUNTY COURT CASE SCR 628864 AND WAS SENTENCED ON AUGUST 8, 2014. PLAINTIFF SHOULD BE RELEASED

SOMETIME IN DECEMBER 2014.

ATTACHED HERETO AND INCORPORATED HERE IN BY REFERENCE IS A BRIEF IN SUPPORT OF THIS MOTION.

Ronald Cupp
PLAINTIFF IN PRO PER
15 ECHO AVE
CORTE MADERA, CA 94925

PLAINTIFF'S MOTION TO EXTEND TIME
NOTICE OF HEARING
FED. CIV. R 7

UNLESS THE COURT DEEMS OTHERWISE, THIS HEARING DATE FOR SAID MOTION WILL BE SET FOR HEARING AND FILING OF FAC ON JANUARY 30, 2015, AT 9AM AND RESPONSE HERETO WILL BE SET (1) DAY PRIOR TO HEARING OR BY COURT LOCAL RULE.

Ronald Cupp
PLAINTIFF IN PRO PER

BRIEF IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND TIME.

PLAINTIFF TIMELY BRINGS THIS MOTION TO EXTEND TIME TO FILE HIS FAC AS ORDERED BY THE COURT.

THIS MOTION IS TIMELY, NOT MEANT TO DELAY NOR CAUSE ANY PREJUDICE OR HARM TO ANOTHER PARTY.

ARGUMENT IN LAW

FED. CIV. R 6(b)(B) STATES:

COMPUTING AND EXTENDING TIME; TIME FOR MOTION PAPERS, (b) EXTENDING TIME. (B) ON MOTION MADE AFTER TIME HAS EXPIRED IF THE PARTY FAILED TO ACT BECAUSE OF EXCUSABLE NEGLECT.

PLAINTIFF WAS REMANDED AND INCARCERATED ON JUNE 4, 2014 AND SENTENCED ON AUGUST 8, 2014, AND IS SET TO BE TENATIVELY RELEASED IN DECEMBER 2014. CASE: SCR 628864 SONOMA Co.

PLAINTIFF IS WITHOUT:
COMPUTER, INTERNET ACCESS OR ACCESS TO A LAW LIBRARY.

PRAYER

PLAINTIFF RESPECTFULLY MOVES THIS HONORABLE COURT TO GRANT PLAINTIFF'S MOTION TO EXTEND TIME BECAUSE OF EXCUSABLE NEGLECT AS A "MATTER OF LAW."

AUGUST 9, 2014

[signature]
PLAINTIFF IN PRO PER