IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD VERNON CUPP,

        Plaintiff,

v.

MARK AZZOUNI, et al.,

        Defendants.
   /

No. CV-14-1283 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    The instant action is hereby DISMISSED without prejudice to plaintiff's filing a new action should he be able to demonstrate that his conviction has been overturned or otherwise invalidated.

Dated: August 27, 2014

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk